# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY BICKHAM

NO. 2020 KW 0535

**SEPTEMBER 14, 2020**

---

In Re:    Larry Bickham, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          567,022.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

  **WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT